# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. WHITE, | 1:08-cv-00231-LJO-GSA-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANTS WEINSTEIN AND ADAYA ON PLAINTIFF'S EIGHTH AMENDMENT MEDICAL CLAIMS, AND ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED |
| vs. | |
| WEINSTEIN, et al., | |
| Defendants. / | OBJECTIONS, IF ANY, DUE IN 30 DAYS |

Plaintiff James C. White ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The case now proceeds on the original complaint filed by Plaintiff on February 15, 2008. (Doc. 1.) The complaint names Dr. Erica Weinstein (CMO), Dr. Navneet Adaya (CMO), Registered Nurse Mr. Stransky, John Doe Administrator, John Doe Physical Therapist, Dr. Paik, and Steve Chabak as defendants, and alleges claims for violation of Plaintiff's rights to Due Process and rights to medical care under the Eighth Amendment.

The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims for relief under section 1983 against defendants Dr. Erica Weinstein (CMO) and Dr. Navneet Adaya (CMO) only, for violation of Plaintiff's rights to medical care under the Eighth Amendment. On June 11, 2009, Plaintiff was given leave to either file a first amended complaint, or in the alternative, to notify the Court that he does not wish to file a first amended complaint and instead wishes to proceed only on the claims identified by the Court as viable/cognizable in the Court's order. (Doc. 7.) On July 14, 2009, Plaintiff filed written notice to the Court that he does not wish to file a first amended complaint and only wishes to proceed on the claims found cognizable by the Court. (Doc. 8.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only against Dr. Erica Weinstein (CMO) and Dr. Navneet Adaya (CMO), for violation of Plaintiff's rights to medical care under the Eighth Amendment;
2. All remaining claims and defendants be dismissed from this action;
3. Plaintiff's claims against defendants Registered Nurse Mr. Stransky, John Doe Administrator, John Doe Physical Therapist, Dr. Paik, and Steve Chabak be dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them; and
4. Plaintiff's claim for violation of Due Process be dismissed for failure to state a claim upon which relief may be granted under section 1983.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within thirty (30) days after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **July 23, 2009**                      /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE