# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. WHITE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WEINSTEIN, et al.,<br><br>　　　　　　Defendants.<br>_____/ | 1:08-cv-00231-AWI-GSA PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

　　　Plaintiff James C. White ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint initiating this action on February 15, 2008. (Doc. 1.) The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Dr. Erica Weinstein and Dr. Navneet Adaya for violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

　　　1.　　Service is appropriate for the following defendants:

　　　　　　DR. ERICA WEINSTEIN (CMO)

　　　　　　DR. NAVNEET ADAYA (CMO)

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's due process claim be dismissed for failure to state a claim, and defendants Registered Nurse Mr. Stransky, John Doe Administrator, John Doe Physical Therapist, Dr. Paik, and Steve Chabak be dismissed based on Plaintiff's failure to state any claims against them.

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed February 15, 2008 (Doc. 1).

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summonses;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three (3) copies of the endorsed complaint filed February 15, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:** **July 23, 2009**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE