| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | IN THE UNITED STATES DISTRICT COURT | |
| 8 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| 9 | | |
| 10 | JAMES C. WHITE, | 1:08-cv-00231-LJO-GSA-PC |
| 11 | Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| 12 | vs. | (Doc. 9.) |
| 13 | WEINSTEIN, et al., | ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANTS WEINSTEIN |
| 14 | | AND ADAYA ON PLAINTIFF'S EIGHTH AMENDMENT MEDICAL CLAIMS, AND |
| 15 | Defendants. | DISMISSING ALL OTHER CLAIMS AND DEFENDANTS |
| 16 | _____/ | |

James C. White ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 23, 2009, findings and recommendations were entered, recommending that this action proceed only against defendants Dr. Erica Weinstein (CMO) and Dr. Navneet Adaya (CMO) on plaintiff's Eighth Amendment medical care claims, and all other claims and defendants be dismissed. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 23, 2009, are adopted in full;
2. This action now proceeds only against defendants Dr. Erica Weinstein (CMO) and Dr. Navneet Adaya (CMO), for violation of Plaintiff's rights to medical care under the Eighth Amendment;
3. All remaining claims and defendants are dismissed from this action;
4. Plaintiff's claims against defendants Registered Nurse Mr. Stransky, John Doe Administrator, John Doe Physical Therapist, Dr. Paik, and Steve Chabak are dismissed from this action, based on Plaintiff's failure to state any claims upon which relief may be granted against them;
5. Plaintiff's claim for violation of Due Process is dismissed from this action for Plaintiff's failure to state a claim upon which relief may be granted under section 1983; and
6. The Clerk is directed to reflect the dismissal of defendants Registered Nurse Mr. Stransky, John Doe Administrator, John Doe Physical Therapist, Dr. Paik, and Steve Chabak from this action on the court's docket.

IT IS SO ORDERED.

**Dated:   September 3, 2009**                /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE