IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. WHITE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WEINSTEIN, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | 1:08-cv-00231-LJO-GSA-PC<br><br>ORDER DENYING REQUEST BY UNITED STATES MARSHAL FOR REIMBURSEMENT OF COSTS BY DEFENDANT NAVNEET ADAYA<br><br>(Doc. 20.) |

**I.　BACKGROUND**

Plaintiff, James C. White ("Plaintiff"), is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on the original Complaint filed by Plaintiff on February 15, 2008, against defendants Dr. Erica Weinstein and Dr. Navneet Adaya.[1] (Doc. 1.)

On August 28, 2009, the Court ordered the United States Marshal ("Marshal") to serve process upon the defendants in this action. (Doc. 12.) Defendants Weinstein and Adaya filed an Answer to the Complaint on November 17, 2009. (Doc. 17.) On February 8, 2010, the Marshal filed a USM-285 form indicating that on January 1, 2010, personal service was executed upon Defendant Adaya. (Doc. 20 at

---

[1] All other defendants were dismissed from this action by the Court on September 4, 2009. (Doc. 14.)

1

2.) On February 8, 2010, the Marshal filed a Request for a court order requiring Defendant Adaya to reimburse the costs incurred by the Marshal for personal service, pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure. (Doc. 20 at 1.) Defendant Adaya has not filed a response to the Marshal's Request.

**II.  DISCUSSION**

Rule 4(d)(2) of the Federal Rules of Civil Procedure provides in part:

> An individual, corporation, or association that is subject to service under subdivision (e), (f), or (h) and that receives notice of an action in the manner provided in this paragraph has a duty to avoid unnecessary costs of serving the summons . . . .
>
> If a defendant located within the United States fails to comply with a request for waiver made by a plaintiff located within the United States, the court shall impose the costs subsequently incurred in effecting service on the defendant unless good cause for the failure be shown.

Fed. R. Civ. P. 4(d)(2).

The Marshal requests the Court to impose costs on Defendant Adaya for his failure to avoid unnecessary costs. On February 8, 2010, the Marshal filed a USM-285 form indicating that a Waiver of Service form was mailed to Defendant Adaya on September 22, 2009, and no response was received. (Doc. 20 at 2.) Personal service was executed upon Defendant Adaya on January 21, 2010, with costs of $239.80. Id.

The Marshal's Request for costs is unwarranted. The Court's order of August 28, 2009, which directed the Marshal to serve process in this action, provided that, "In the event that defendants make an appearance in this action by filing an answer, dispositive motion, or other pleading, the U.S. Marshal Service need not personally serve those defendants." (Doc. 12 at 2 ¶6.) Because Defendant Adaya filed an Answer to the Complaint on November 17, 2009, there was no need for the Marshal to personally serve him on February 8, 2010. [2] Therefore, the Request for reimbursement of costs is unwarranted and shall be denied.

///

---

[2] The court's electronic docket, which is accessible to the Marshal, shows whether a defendant has made an appearance in an action.

2

### III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Marshal's Request for reimbursement of costs of personal service upon Defendant Navneet Adaya, filed on February 8, 2010, is DENIED; and

2. The Clerk is DIRECTED to serve a copy of this order on the United States Marshal, Sacramento, California.

IT IS SO ORDERED.

Dated: **September 16, 2010**       **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

3