# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. WHITE, | 1:08-cv-00231-LJO-GSA-PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE A DECLARATION WITHIN SEVEN DAYS SHOWING CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S SCHEDULING ORDER (Doc. 23.) |
| v. | |
| WEINSTEIN, et al., | |
| Defendants. | |

This matter is set for a telephonic trial confirmation hearing on January 10, 2011 at 8:15 a.m. and jury trial on February 12, 2011. Pursuant to the Court's Second Scheduling Order, filed on October 22, 2010, Plaintiff's pretrial statement was due on November 30, 2010, and Plaintiff was required to provide the Court with his current telephone number by November 30, 2010. Plaintiff has not complied with or otherwise responded to the order.[1]

Plaintiff shall be required to show cause, within seven days, why sanctions, INCLUDING THE POSSIBILITY OF DISMISSAL should not be imposed for his failure to obey the Court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven (7) days from the date of service of this order, Plaintiff shall file a declaration explaining his failure to comply with the Court's scheduling order; and

2. Plaintiff's failure to provide a satisfactory explanation may result in the imposition of sanctions deemed appropriate by the Court, including dismissal of this action.

IT IS SO ORDERED.

**Dated:    December 2, 2010**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

---

[1] The United States Postal Service returned the order on November 9, 2010 as undeliverable. A notation on the envelope indicates that Plaintiff is not at that address. However, Plaintiff has not notified the Court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 182(f).

1